1  Mark B. Garred (149,760)
   William J. Brucker (152,551)
2  STETINA BRUNDA GARRED & BRUCKER
   75 Enterprise, Suite 250
3  Aliso Viejo, CA 92656
   Email: litigate@stetinalaw.com
4  Tel:   (949) 855-1246
   Fax:   (949) 855-6371
5
6  John F. Bennett (*pro hac vice*)
   ULMER & BERNE LLP
7  600 Vine Street, Suite 2800
   Cincinnati, OH 45202
8  Email: jbennett@ulmer.com
   Tel:   (513) 698-5000
   Fax:   (513) 698-5153
9
10 Attorneys for Plaintiff
   HGCI, INC.

E-FILED 2/24/20

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HGCI, INC., <br><br> Plaintiff, <br><br> v. <br><br> LUXX LIGHTING, INC., <br><br> Defendant. <br><br> LUXX LIGHTING, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> HGCI, INC., <br><br> Counterclaim Defendant. | Case No. 5:19-570-PSG (KKx) <br><br> [JOINT ~~PROPOSED~~] **SCHEDULING ORDER** <br><br> Honorable Judge Philip S. Gutierrez <br> Courtroom: 6A <br><br> Trial Scheduled: May 18, 2021 |

The Court enters the following dates in this case:

| Event | Proposed Date |
|---|---|
| Last Day to Serve Initial Disclosures | January 27, 2020 (completed) |
| Last Day for Plaintiff to Serve Infringement Contentions | February 25, 2020 |
| Last Day for Defendant to Serve Invalidity Contentions | April 22, 2020 |
| Deadline for Parties to Exchange Identification of Claim Terms for Construction | May 7, 2020 |
| Deadline for Parties to Exchange Preliminary Claim Constructions and Evidence | May 28, 2020 |
| Joint Claim Construction and Prehearing Statement | June 18, 2020 |
| Simultaneous Opening Claim Construction Briefs | July 16, 2020 |
| Simultaneous Responsive Claim Construction Briefs | August 6, 2020 |
| Claim Construction Hearing | September 15, 2020 at 1:30 pm |
| Fact Discovery Cut-off | October 27, 2020 |
| Deadline to Serve Opening Expert Disclosures by Party with Burden of Proof | November 24, 2020 |
| Deadline to Serve Rebuttal Expert Disclosures | December 17, 2020 |
| Expert Discovery Cut-off | January 28, 2021 |
| Last Day to File Dispositive Motions | February 17, 2021 |
| Deadline to conduct ADR proceedings | March 19, 2021 |
| Final Pretrial Conference | May 3, 2021 at 2:30 pm |
| Jury Trial (estimated length: 5 days) | May 18, 2021 at 9:00 am |

**IT IS SO ORDERED**.

DATED:  2/24/20

**PHILIP S. GUTIERREZ**
Philip S. Gutierrez
United States District Judge