IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HGCI, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>LUXX LIGHTING, INC.,<br><br>    Defendant. | Case No. 5:19-570-PSG (KKx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Hon. Kenly Kiya Kato<br><br>Discovery cut off: October 27, 2020<br><br>Pretrial: May 3, 2021<br><br>Trial: May 18, 2021 |
| LUXX LIGHTING, INC.,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>HGCI, INC.,<br><br>    Counterclaim Defendant. | |

   Having reviewed the [Proposed] Stipulated Protective Order submitted by the parties on May 22, 2020, and for all the reasons set forth therein, this Court hereby affirms and enters the Stipulated Protective Order as submitted.

1    Dated: May 22, 2020        _____
2                                        Hon. Kenly Kiya Kato
3                                        United States Magistrate Judge

ORDER GRANTING STIPULATED PROTECTIVE ORDER